**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rayed Fawzi ABED, Defendant–Appellant.**

No. 02–6063.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 26, 2002.

Marcia Gail Shein, Law Office of Marcia G. Shein, P.C., Decatur, Georgia, for Appellant. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rayed Fawzi Abed seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Abed,* Nos. CR–97–24–R; CA–01–383–7 (W.D.Va. Oct. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*